AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

☐▾

| | |
|---|---|
| KEVIN C. BETSKOFF<br>P.O. Box 723<br>Westminster, MD 21158<br><br>_____<br>*Plaintiff(s)*<br>v.<br>PEDRO V. TRINIDAD HOLGUIN<br>5823 Snell Drive<br>Harrisburg, PA 17109<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. JMC 25-CV-2306

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PEDRO V. TRINIDAD HOLGUIN
5823 Snell Drive
Harrisburg, PA 17109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KEVIN C. BETSKOFF
P.O. Box 723
Westminster, MD 21158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/17/2025    _____    _____
                                                                        *Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland  ▾

| | |
|---|---|
| KEVIN C. BETSKOFF<br>P.O. Box 723<br>Westminster, MD 21158<br><br>_____<br>*Plaintiff(s)*<br>v.<br>SAIA MOTOR FREIGHT LINE LLC<br>11465 Johns Creek Parkway<br>Suite 400<br>John Creek, GA 30097<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. JMC 25-CV-2306

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      SAIA MOTOR FREIGHT LINE LLC
The Corporation Trust
2405 York Road
Suite 201
Lutherville Timonium MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KEVIN C. BETSKOFF
P.O. Box 723
Westminster, MD 21158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    7/17/2025

_____          · *Deputy Clerk*