IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEVIN C. BETSKOFF** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Case No. 1:25-cv-02306-JMC |
| **SAIA MOTOR** | * | |
| **FREIGHT LINE, LLC, et al.** | | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Presently pending before the Court is *pro se* Plaintiff Kevin C. Betskoff's Motion to Strike Defendants' Motion for Summary Judgment (ECF No. 23). The motion is fully briefed, and no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2023). As set forth immediately below, Plaintiff's Motion to Strike shall be DENIED.

Plaintiff urges the Court not to consider Defendants' Motion for Summary Judgment (ECF No. 12) because Defendants filed it (15) days before they consented to proceed before a Magistrate Judge in accordance with 28 U.S.C. 636(c).  As Plaintiff points out, the Magistrate Judge Direct Assignment Order provides that "[d]uring the time that it takes for all parties to indicate whether they consent, the filing of dispositive motions should be held in abeyance."  (ECF No. 4).  The Court recognized that Defendants filed their Motion for Summary Judgment (ECF No. 12) and Motion for Leave to File a Physical Exhibit (ECF No. 16) before filing their consent form. For that reason, and in compliance with 28 U.S.C. 636(c), the Court deferred ruling on Defendants' Motion for Leave to File a Physical Exhibit until all parties consented on September 11, 2025.  (ECF No. 22).  Considering that Defendants did consent on September 11, 2025 (ECF No. 21, 24) and their

explanation that the Motion for Summary Judgment is their responsive pleading, the Court will not strike the Motion for Summary Judgment on the basis of premature filing.

To any extent that Plaintiff moves to Strike on the basis that Defendants did not provide him a copy of the Motion for Summary Judgment, the Court recognizes that ECF Nos. 24-2 and 24-3 show a good-faith attempt to send Plaintiff the Motion for Summary Judgment on August 27, 2025. (ECF No. 24-2). ECF No. 24-3 shows that despite the August 27, 2025 email, the Motion for Summary Judgment did not attach. (ECF No. 24-3). Therefore, the Court finds Defendants' proposal to extend Plaintiff's time to file a response to Defendants' Motion for Summary Judgment by an additional thirty (30) days appropriate.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Strike (ECF No. 23) is DENIED. Plaintiff shall file a Response in Opposition to Defendants' Motion for Summary Judgment by October 15, 2025.

/s/
_____
J. Mark Coulson
United States Magistrate Judge
September 15, 2025